[No. 1348.]
THE PEOPLE EX REL. ROLLINS v. THE BOARD OF COUNTY COMMISSIONERS OF RIO GRANDE COUNTY.

OPINION FOLLOWED.

This case is reversed on the same grounds as stated in the opinion in the case of *The People ex rel. Reynolds v. The Board of County Commissioners of Rio Grande County*, ante, p. 124.

*Error to the District Court of Rio Grande County.*

Messrs. PATTERSON, RICHARDSON & HAWKINS, for plaintiff in error.

Mr. IRA J. BLOOMFIELD, Mr. C. M. CORLETT, and Mr. JESSE STEPHENSON, for defendants in error.

THOMSON, P. J., delivered the opinion of the court.

The facts in this case are the same with those in *People ex rel. Reynolds v. Rio Grande County*, ante, p. 124, except that the judgment against the county was recovered by Sam M. Janney, and by him transferred to Rollins, the relator here; and except that one of the warrants issued upon the judgment, amounting to $105.34, was paid. In all other respects

the two cases are alike.   The amount paid should be credited on the judgment, and a peremptory mandamus awarded for the levy of a tax to pay the residue, in accordance with our instructions to the district court in the opinion delivered in the *Reynolds* case; and the judgment in this case is reversed and remanded for further proceedings in conformity with those instructions.

*Reversed.*

Wilson, J., not sitting.